FILED

09 MAR -6 PM 12: 15

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME HOYOS,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>ROBERT K. WONG, Acting Warden of San Quentin State Prison,<br><br>　　　　　　　Respondent. | CASE NO. 09cv0388 L (NLS)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING MATTER TO SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL** |

On February 26, 2009, Petitioner Jaime Hoyos filed a request for appointment of counsel for federal habeas proceedings and for a stay of execution of his sentence. Pursuant to 18 U.S.C. § 3599, Petitioner's request for appointment of counsel is **GRANTED**, and it is **HEREBY ORDERED** that this matter be referred to the Selection Board for the United States District Court, Southern District of California, for suggestion of one or more counsel to be appointed to represent Petitioner in these proceedings.

**IT IS FURTHER ORDERED**, pursuant to Local Rules HC.3(d), that the execution of Petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed for forty-five (45) days, up to and including **Monday, April 13, 2009** .

1  The Clerk of the Court shall serve a certified copy of this order on Petitioner Jaime Hoyos;
2  Attorney Michael Snedeker; Attorney Lisa Short; Respondent, ~~Robert L. Ayers, Jr.~~ Robert K. Wong, Acting, Warden of San
3  Quentin Prison; the Clerk of the San Diego County Superior Court; Edmund G. Brown, Attorney
4  General of the State of California; Anthony Da Silva, Deputy Attorney General of the State of
5  California; Office of the District Attorney of San Diego County; and Michael G. Millman, Executive
6  Director of the California Appellate Project, San Francisco.

7  **IT IS SO ORDERED.**

8  Dated: 3/5/09

                                                                            Honorable M. James Lorenz
                                                                            United States District Judge