

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime Hoyos<br><br>Plaintiff,<br>V.<br><br>Ronald Davis Acting Warden of San Quentin State Prison<br><br>Defendant. | Civil Action No. 09-cv-00388-L-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Petition for Writ of Habeas Corpus is Denied as to all claims in the Second Amended Petition. The Court Issues a Certificate of Appealability on Claims 1, 5, 13, 14, 22, 23, and 25 and Denies a COA on Claims 2-4, 6-12, 15-21, 24 and 26-28. Pursuant to Civil Local Rule HC.3(g)(6), the Court Orders a stay of execution "which will continue in effect until the court of appeals acts upon the appeal of the order of stay." Judgment is Entered for Respondent.

Date: 10/5/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle
S. Tweedle, Deputy